787 A.2d 283

**John D. REED, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 2001.

Decided Dec. 10, 2001.

David Crowley, Bellefonte, for John D. Reed.

Robert A. Greevy, Harrisburg, Robert N. Campolongo, Morristown, for Pa. Board of Probation and Parole.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice SAYLOR dissents.